UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA

IN RE:                                                                                   CASE NO.: 13-34876-BKC-LMI
                                                                                         PROCEEDING UNDER CHAPTER 13
XIMENA HERRMANN

DEBTOR                                              /

## NOTICE OF DEPOSIT OF FUNDS WITH
## THE UNITED STATES BANKRUPTCY COURT CLERK

**NOTICE IS HEREBY GIVEN THAT:**

The Trustee has a balance of **$1,446.85** remaining in her bank account which represents unpresented checks drawn and mailed to debtor(s)/creditor(s) in the above named case. Your trustee has made a good faith effort to verify the correct mailing address for said debtors(s)/creditor(s) and deliver the funds before pressenting this notice. More than sufficient time has passed for these checks to be presented for payment, or the creditor has returned funds indicating they refuse the funds.

Attached and made a part of this notice, is a list, pursuant to FRBP 3011, of the names, claim numbers and addresses of the debtor(s)/creditor(s) and the amounts to which each is entitled.

**WHEREFORE,** your Trustee hereby gives notice that the above-stated sum has been deposited with the Clerk of the United States Bankruptcy Court, Southern District of Florida, to effect closing this estate.

Date: 3-24-17

NANCY K. NEIDICH, ESQUIRE
STANDING CHAPTER 13 TRUSTEE
P.O. BOX 279806
MIRAMAR, FL 33027-9806

**COPIES FURNISHED TO:**

XIMENA HERRMANN
10343 SW 208 TERRACE
CULTER BAY, FL  33189

XIMENA HERRMANN
10343 SW 208 TERRACE
CULTER BAY, FL  33189

PATRICK L. CORDERO, ESQUIRE
7333 CORAL WAY
MIAMI, FL  33155

U.S. TRUSTEE
51 S.W. 1ST AVENUE
MIAMI, FL 33130

NOTICE OF DEPOSIT OF FUNDS<br>CASE NO.:  13-34876-BKC-LMI

ATTACHMENT

**NOTICE OF DEPOSIT OF FUNDS WITH THE
UNITED STATES BANKRUPTCY COURT CLERK**

**ATTACHMENT - LISTING OF CLAIMANT**

**CASE NO.: 13-34876-BKC-LMI**

| | |
|---|---:|
| XIMENA HERRMANN<br>10343 SW 208 TERRACE<br>CULTER BAY, FL  33189 | $1,446.85 |